Ford & Harrison LLP
Terry L. Higham, SBN 150726
tlhigham@fordharrison.com
Jennifer S. McGeorge, SBN 221679
jmcgeorge@fordharrison.com
350 S. Grand Avenue, Suite 2300
Los Angeles, CA 90071-3425
Telephone: 213-237-2400
Facsimile: 213-237-2401

Attorneys for Plaintiff
HOBBY LOBBY STORES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOBBY LOBBY STORES, INC., | Case No.: 3:22-cv-02955-JCS |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| FRANK KOVACS AND MAUREEN KOVACS, | |
| Defendants. | |

Plaintiff Hobby Lobby Stores, Inc. ("Plaintiff") and Defendants Frank Kovacs and Maureen Kovacs (collectively, "Defendants"), by and through their undersigned counsel, hereby file this Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules.  Plaintiff and Defendants stipulate to the immediate dismissal with prejudice of all claims by all parties.  Each party shall bear all of its own attorneys' fees and other costs of litigation, and each party waives all right of appeal.

DATED: June 3, 2022                    Respectfully submitted by,

**FORD & HARRISON LLP**

*/s/ Terry L. Higham*
Terry L. Higham
Jennifer S. McGeorge
Attorneys for Plaintiff
**HOBBY LOBBY STORES, INC.**

DATED: June 3, 2022                    Respectfully submitted by,

**ALSTON & BIRD LLP**

*/s/ Joanna Hendon*
Joanna Hendon
Attorney for Defendants
**FRANK KOVACS AND MAUREEN KOVACS**

**ATTESTATION**

I, Terry L. Higham, do hereby certify that, pursuant to N.D. Cal. Local Rule 5-1(i)(3), that I am the ECF User whose ID and password are being used to file this Stipulation, and that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                     */s/ Terry L. Higham*
                                     Terry L. Higham